CO-386-online
10/03

# United States District Court
# For the District of Columbia

NATIONAL ASSOCIATION OF  )
MANUFACTURERS,            )
                          )
                          )
         Plaintiff        )    Civil Action No._____
    vs                    )
                          )
REED ELSEVIER, INC. and   )
REED ELSEVIER GROUP, plc, )
                          )
         Defendant        )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __National Association of Manufacturers__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Association of Manufacturers__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

159335
BAR IDENTIFICATION NO.

Jack McKay
Print Name

2300 N Street, NW
Address

Washington, DC 20037
City          State          Zip Code

202-663-8439
Phone Number