IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF )
MANUFACTURERS )
1331 Pennsylvania Avenue, N.W. )
Washington, DC 20004, )
)
      Plaintiff, )
)
    v. )   Case No. 1:06CV00990 (HHK)
)
REED ELSEVIER, INC. )
275 Wyman Street )
Waltham, MA 02451 )
)
  and )
)
REED ELSEVIER GROUP, plc )
d/b/a Reed Exhibitions )
383 Main Avenue )
Norwalk, CT 06851, )
)
      Defendant. )
)

## DECLARATION OF WILLIAM K WHITNER

I, WILLIAM K WHITNER, declare as follows pursuant to LCvR. 83.2(d):

1. I am an associate in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the state of Georgia.

3.  I also am admitted to practice before the United States District Court, Northern District of Georgia.

4.  I never have been denied admission or disciplined by this Court, or any other court.

5.  I have reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of June, 2006, in Atlanta, Georgia.

William K. Whitner