IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS<br>1331 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>    Plaintiff,<br><br>  v.<br><br>REED ELSEVIER, INC.<br>275 Wyman Street<br>Waltham, MA 02451<br><br>  and<br><br>REED ELSEVIER GROUP, plc<br>d/b/a Reed Exhibitions<br>383 Main Avenue<br>Norwalk, CT 06851,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV00990 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR J. ALLEN MAINES
## TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), I, Scott M. Flicker, a member of the Bar of this Court and attorney at the law firm of Paul, Hastings, Janofsky & Walker, LLP in Washington D.C., respectfully move that attorney J. Allen Maines, Esq., of the Atlanta office of Paul, Hastings, be admitted *pro hac vice* to appear and represent Defendants Reed Elsevier, Inc. and Reed Elsevier Group, plc, in this Court for the purposes of this action only.

In support of this motion, the undersigned represents:

  1. J. Allen Maines is a member of the firm of Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

2. J. Allen Maines is a member in good standing of the Bar of the States of Georgia and Florida. He is also admitted to practice before the following courts: United States District Court for the Northern District of Georgia, United States Court of Appeals for the Eleventh Circuit, Georgia Supreme Court and Georgia Court of Appeals. He is a member in good standing in all of the above mentioned courts.

3. J. Allen Maines has never been denied admission or disciplined by this Court or any other court.

4. J. Allen Maines has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Columbia. (see attached Declaration of J. Allen Maines.)

WHEREFORE, I move that this Court enter and Order permitting J. Allen Maines to appear *pro hac vice* in the above styled lawsuit.

Dated June 22, 2006.

/s/
Scott M. Flicker, Esq. (D.C. Bar No. 425825)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W., Suite 1000
Washington, DC 20005
(202) 551-1700 – telephone
(202) 551-1705 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2006, a copy of the foregoing MOTION FOR J. ALLEN MAINES TO APPEAR PRO HAC VICE, was served was served via ECF and U.S. mail, first-class postage prepaid, to:

>Jack McKay
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>2300 N Street, NW
>Washington, DC 20037-1128
>
>Attorneys for National Association of Manufacturers

/s/<br>
Scott M. Flicker, Esq.