IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS<br>1331 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>  Plaintiff,<br><br>v.<br><br>REED ELSEVIER, INC.<br>275 Wyman Street<br>Waltham, MA 02451<br><br>  and<br><br>REED ELSEVIER GROUP, plc<br>d/b/a Reed Exhibitions<br>383 Main Avenue<br>Norwalk, CT 06851,<br><br>  Defendant. | Case No. 1:06CV00990 (HHK) |

## DECLARATION OF J. ALLEN MAINES

I, J. ALLEN MAINES, declare as follows pursuant to LCvR. 83.2(d):

1. I am a partner in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the state of Georgia.

LEGAL_US_E # 71017881.1

3.  I am also admitted to practice before the following courts: United States District Court for thee Northern District of Georgia, United States Court of Appeals for the Eleventh Circuit, Georgia Supreme Court, Georgia Court of Appeals.

4.  I never have been denied admission or disciplined by this Court, or any other court.

5.  I have reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21 day of June, 2006, in Atlanta, Georgia.

_____
J. Allen Maines