IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS<br>1331 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>    Plaintiff,<br><br>v.<br><br>REED ELSEVIER, INC.<br>275 Wyman Street<br>Waltham, MA 02451<br><br> and<br><br>REED ELSEVIER GROUP, plc<br>d/b/a Reed Exhibitions<br>383 Main Avenue<br>Norwalk, CT 06851,<br><br>    Defendant. | Case No. 1:06CV00990 (HHK) |

## ORDER

Pursuant to Local Civil Rule 83.2(d), the motion for *pro hac vice* admission of Attorney Michael Grider is hereby GRANTED.

Dated this _____ day of _____, 2006.

_____
U.S. DISTRICT COURT JUDGE