IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS<br>1331 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>        Plaintiff,<br><br>        v.<br><br>REED ELSEVIER, INC.<br>275 Wyman Street<br>Waltham, MA 02451<br><br>        and<br><br>REED ELSEVIER GROUP, plc<br>d/b/a Reed Exhibitions<br>383 Main Avenue<br>Norwalk, CT 06851,<br><br>        Defendant. | Case No. 1:06CV009900 (HHK) |

## DEMAND FOR TRIAL BY JURY

National Association of Manufacturers ("NAM") demands a trial by jury on all claims so triable.

Dated: June 22, 2006

Respectfully submitted,

/s/
_____
Jack McKay (DC Bar No. 159335)
Jerald A. Jacobs
Jennifer Behr
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1128
(202) 663-8439

400414326v1