IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS<br>1331 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>      Plaintiff,<br><br>v.<br><br>REED ELSEVIER, INC.<br>275 Wyman Street<br>Waltham, MA 02451<br><br>  and<br><br>REED ELSEVIER GROUP, plc<br>d/b/a Reed Exhibitions<br>383 Main Avenue<br>Norwalk, CT 06851,<br><br>      Defendant. | Case No. 1:06CV00990 (HHK) |

## NOTICE OF APPEARANCE

Tonya G. Gaskins-Saunders, of Pillsbury Winthrop Shaw Pittman LLP, hereby enters her appearance on behalf of the National Association of Manufacturers ("NAM") in the above-captioned case. Accordingly, as of the date of this Praecipe, all pleadings and other communications to NAM should be directed to the following counsel of record for NAM:

      Jack McKay, Esq.
      (Jack.McKay@Pillsburylaw.com)
      LEAD COUNSEL AND ATTORNEY TO
      BE NOTIFIED

      Tonya G. Gaskins-Saunders, Esq.
      (Tonya.Gaskins-Saunders@Pillsburylaw.com)
      ATTORNEY TO BE NOTIFIED

                PILLSBURY WINTHROP SHAW PITTMAN LLP
                2300 N Street, N.W.
                Washington, D.C. 20037
                Telephone:  (202) 663-8000
                Facsimile:  (202) 663-8007

DATED: June 28, 2006            Respectfully submitted,

                                        /s/
                          Jack McKay (DC Bar No. 159335)
                          Jerald A. Jacobs
                          Tonya G. Gaskins-Saunders (DC Bar No. 484414)
                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                          2300 N Street, NW
                          Washington, DC 20037-1128
                          (202) 663-8439