IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS<br>1331 Pennsylvania Avenue, N.W.<br>Washington, DC 20004,<br><br>        Plaintiff,<br><br>        v.<br><br>REED ELSEVIER, INC.<br>275 Wyman Street<br>Waltham, MA 02451<br><br>    and<br><br>REED ELSEVIER GROUP, plc<br>d/b/a Reed Exhibitions<br>383 Main Avenue<br>Norwalk, CT 06851,<br><br>        Defendant. | Case No. 1:06CV00990 (HHK) |

## STIPULATED EXTENSION OF TIME

Plaintiff, National Association of Manufacturers, and defendants, Reed Elsevier, Inc. and Reed Elsevier Group, plc, hereby stipulate (1) that service of the summons and Amended Complaint have been accepted by counsel on behalf of all defendants; and (2) that the defendants' time to answer or otherwise respond to the Amended Complaint shall extend to and through July 17, 2006.

_____
Jack McKay (DC Bar No. 159335)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1128
(202) 663-8439

_____
Allen Maines
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
(404) 815-2500

by
M.V.6.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2006, a copy of the foregoing STIPULATED EXTENSION OF TIME, was served via ECF and U.S. mail, first-class postage prepaid, to:

>Jack McKay
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>2300 N Street, NW
>Washington, DC 20037-1128
>
>Attorneys for National Association of Manufacturers

/s/ J. Allen Maines