IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS,<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>v.<br><br>REED ELSEVIER INC.,<br><br>    Defendant and<br>    Counter-Plaintiff,<br><br>and<br><br>REED ELSEVIER GROUP plc,<br><br>    Defendant. | Case No. 1:06CV00990(HHK) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

COME NOW Plaintiff National Association of Manufacturers, by and through its undersigned counsel, Defendant Reed Elsevier Group plc, by and through its undersigned counsel, and Defendant/Counterclaim Plaintiff Reed Elsevier Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims in the above-styled action. Each party shall bear its own costs, fees and expenses.

400478791v1

Respectfully submitted,

By: /s/ Jack McKay
Jack McKay
(DC Bar No. 159336)
Tonya G. Gaskins-Saunders,
(DC Bar No. 484414)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Tel: (202) 663-8554

*Attorneys for Plaintiff and Counter-Defendant National Association of Manufacturers*

By: /s/ Scott M. Flicker
Scott M. Flicker
(D.C. Bar No. 425825)
PAUL, HASTINGS, JANOFSKY
& WALKER, LLP
875 15th Street, N.W., Suite 1000
Washington, D.C. 20005
Tel: (202) 551-1700

I. *Of Counsel:*

II. J. Allen Maines (*pro hac vice*)
William K. Whitner (*pro hac vice*)
Michael D. Grider (*pro hac vice*)
600 Peachtree Street N.E.
Suite 2400
Atlanta, Georgia 30308-2222
Tel: (404) 815-2222

*Attorneys for Defendant and Counter-Plaintiff Reed Elsevier Inc. and for Defendant Reed Elsevier Group plc*

400478791v1